UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

REGIS L. DICKERSON,

       Petitioner,

      v.

WARDEN, ROSS CORRECTIONAL
INSTITUTION,

       Respondent.

Case No. 2:15-cv-68
JUDGE GREGORY L. FROST
Magistrate Judge Norah McCann King

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's January 27, 2015 Report and Recommendation.  (ECF No. 4.)  In that filing, the Magistrate Judge concluded that Petitioner is financially able to pay the $5.00 filing fee and recommended that the Court deny Petitioner's motion for leave to proceed *in forma pauperis*.  (ECF No. 3.)  The Report and Recommendation advised the parties that a failure to file a timely objection would waive the right to *de novo* review by the undersigned and would waive the right to appeal the decision.

No objections have been filed, the time for filing objections has expired, the Magistrate Judge's reasoning is correct, and Petitioner has now paid the filing fee.  The Court therefore **ADOPTS** the Report and Recommendation (ECF No. 4) and **DENIES** the motion for leave to proceed *in forma pauperis* (ECF No. 3).

       **IT IS SO ORDERED**.

                     /s/ Gregory L. Frost
                  GREGORY L. FROST
                  UNITED STATES DISTRICT JUDGE